25-1993

(A) REGARDING THE FILING OF A FALSE POLICE REPORT WHICH WAS ACCEPTED BY THE CHIEF AND A BLOND POLICE OFFICER IN PITCAIRN AND ACTED UPON VIOLENTLY (HARASSMENT), FILED FALSELY BY ONE ALICUELA COMMUNALE OF 402 PATTON ST., WILMERDING.

I, MARK JONATHAN VARGO WAS DOWN PATTON ST. AT THE CORNER OF BRIDGE ST. NEXT TO ~~#~~ 13 BRIDGE ~~ST~~ SHE STATED TO POLICE I WAS "BUGGING THE NEIGHBORS" (WAS SCREAMED OUT PATROL CAR WINDOW). AT THE SAME TIME, MY BROTHER MICHAEL W. VARGO PAYED A VISIT TO 427 PATTON ST., KNOCKED ON THE DOOR, DISCOVERED AFTER SEVERAL TRIES I WASN'T HOME, AND "TAPED 'A NOTE TO MY FRONT DOOR

(B) I, MARK J. VARGO, WAS RUNNING ACROSS STATION ST. AFTER CROSSING NO. 13 BRIDGE TO AVOID BEING RUN DOWN BY A ROYAL BLUE CAMARO {IROC-Z-28} WITH A PRIMERED RIGHT FRONT FENDER, {SEE U.S. DISTRICT COURT FILES}, DOING 60-70 MPH: DOWN LYSLE BLVD FROM E. MCKEESPORT. I STUMBLED OVER A MEDIAL STRIP THAT WASN'T EVEN PAINTED YELLOW AND WAS HARD TO [illegible] FELL AND SMASHED MY RIGHT LEG.

RECEIVED
DEC 22 2025
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

(NEXT PAGE)

IT WAS CUT AND BEGAN TO BLEED, MY NEW BLUE JEANS WERE RIPPED OPEN. I LIMPED DOWN STATION ST. TO THE U.S. POST OFFICE STEPS, TO CATCH A BUS TO V.A.M.C. IN OAKLAND, ALL OF A SUDDEN 2 PITCAIRN POLICE CRUISERS PULLED UP ON ME ACCOMPANIED BY A. NORTH VERSAILLES AMBULANCE. THE CHIEF OF POLICE AND HAD HIS OFFICER (A COLUMBIAN FELLOW) WHO GRABBED ME, SEARCHED ME, EXAMINED MY BLEEDING WOUNDS, THEN INSISTED BE TAKEN TO FORBES REGIONAL HOSPITAL IN MONROEVILLE, WHICH I WAS AGAINST DUE TO PREVIOUS WRONGFUL MEDICAL PROCEDURES. THEY CONFISCATED MY LICENSE PUSHED ME INTO THE AMBULANCE, STRAPPED ME DOWN, STRAPPED A BLOOD PRESSURE STRAP ON MY ARM SO TIGHT I PASSED OUT. WHILE IN THE EMERGENCY ROOM AT FORBES, I HAD TO WAIT 3½ HOURS BEFORE BEING SEEN.

INSTEAD OF TREATING MY PHYSICAL WOUNDS, THE NURSE?? ATTENDANT?? INSISTEAD ON RUNNING A PSYCHOLOGICAL PROFILE ON ME. FINALLY I HAD TO WALK HOME FROM FORBES WITH A BROKEN LEG.

TO BE CONTINUED

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

2013 SUZUKI GRAN VATARE TOTALED BY STREET GANG KNOWN AS THE "BLUE KNIGHTS" FROM MCKEESPORT, 2010 CHEVY TRACKER TOTALED. ELLAMAE VARGO - DEAD, PAUL M. LUKETICH - DEAD, DAN SYMS - DEAD, WILLOW MY CAT - SKULL CRUSHED

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ________

Signature of Plaintiff Mark Jonathan Vargo

Printed Name of Plaintiff MARK J VARGO

### B. For Attorneys

Date of signing: 12-20-2025

Signature of Attorney

Printed Name of Attorney

Bar Number

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My leg was further aggravated by the long walk home from Forbes

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

REIMBURSE FOR MEDICAL EXPENSES, PROPERTY DAMAGES —— HOW MUCH IS A PERSON'S LIFE WORTH ??

| | |
|---|---|
| Name of Law Firm | Representing my family, friends and me by myself due to cost |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? NO

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ ~~Jury~~ ☐ ~~Judge only~~

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes ☒ No

8. Did you appeal from the judgment of conviction?

☐ Yes ☒ No

9. If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court? ☒ Yes ☐ No

If yes, answer the following:

(1) Name of court: SUPREME COURT — WASH. D.C.

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know): ____________

(5) Citation to the case (if you know): ____________

(6) Grounds raised: ____________

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): ____________

(2) Result: ____________

(3) Date of result (if you know): ____________

(4) Citation to the case (if you know): ____________

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ____________

(2) Docket or case number (if you know): ____________

(3) Date of filing (if you know): ____________

(4) Nature of the proceeding: ____________

(5) Grounds raised: ____________

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: ____________

(8) Date of result (if you know): ______

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❐ Yes ❐ No

(7) Result: ______

(8) Date of result (if you know): ______

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: ______________________________

(8) Date of result (if you know): ______________________________

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☐ Yes ☑ No

(2) Second petition: ☐ Yes ☑ No

(3) Third petition: ☐ Yes ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

______________________________

______________________________

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition; you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** ______________________________

______________________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______________________________

(b) If you did not exhaust your state remedies on Ground One, explain why: ______________________________

______________________________

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ______

**GROUND TWO:** ______

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why: ______

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ❒ Yes ❒ No

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒ Yes ❒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : ____________________

**GROUND THREE:** ____________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

BUT I WILL APPEAL UNTIL I DIE

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

[illegible]
[illegible] FROM [illegible]
M731'S FROM RODI RD, BRONX V.A.-N.Y.

THE PITCAIRN POLICE DEPARTMENT IS IN THE PROCESS OF TOWING A DEAD MAN'S CAR AWAY FROM 427 PATTON ST. ON XMAS WEEK.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

I WILL APPEAL IF YOU TURN THIS CASE DOWN; THERE ARE MULTIPLE DEATHS, PROPERTY DAMAGE (MILLIONS - CAR ACCIDENTS)

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

______________________________

______________________________

______________________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: I Am going bankrupt paying bills on my house because former owner is dead due to a fatal car accident, & royal blue IROC-Z-28 camaro from mckeesport ran him off the road; failed to be investigated by monroeville + churchill Police Depts

**GROUND FOUR:**

______________________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MOB VIOLENCE, MASS DESTRUCTION DUE TO CARAVANS OF "ROAD WARRIORS" FROM MONROEVILLE AND MCKEESPORT ESTIMATED INSURANCE CLAIMS IN THE MILLIONS; ALSO PROPERTY DAMAGE TO HOMES, ETC. ETC. ETC.

______________________________

______________________________

(b) If you did not exhaust your state remedies on Ground Four, explain why: ______________________________

______________________________

______________________________

______________________________

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: ______________________________

______________________________

______________________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______________________________

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: ______________________

______________________________________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

______________________________________________

______________________________________________

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________

______________________________________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

______________________________________________

______________________________________________

______________________________________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ______

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☑ Yes ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. AND TO CUT TO THE QUICK, your honorable judge stickman turned them down including asbestos dumping that caused a tumor in a person's head that died, various suits against hospitals

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ____________________

(b) At arraignment and plea: ____________________

(c) At trial: ____________________

(d) At sentencing: ____________________

(e) On appeal: ____________________

(f) In any post-conviction proceeding: ____________________

(g) On appeal from any ruling against you in a post-conviction proceeding: ____________________

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ❒ Yes ❒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

____________________

(b) Give the date the other sentence was imposed: ____________________

(c) Give the length of the other sentence: ____________________

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ❒ Yes ❒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

____________________

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ______

(b) At arraignment and plea: ______

(c) At trial: ______

(d) At sentencing: ______

(e) On appeal: ______

(f) In any post-conviction proceeding: ______

(g) On appeal from any ruling against you in a post-conviction proceeding: ______

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______

(b) Give the date the other sentence was imposed: ______

(c) Give the length of the other sentence: ______

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☑ Yes ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

______

AO 241 (Rev. 09/17)

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: ______________________

______________________

______________________

or any other relief to which petitioner may be entitled.

______________________

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ____________ (month, date, year).

Executed (signed) on ____________ (date).

______________________

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

______________________

______________________

______________________

______________________